

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| L&F DISTRIBUTORS, LLC, | § | No. 08-19-00076-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| V. | § | 327th District Court |
|  | § |  |
| FERNANDO CARRASCO, JR., | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 2017-DCV-3768) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on Appellant's unopposed motion to dismiss the appeal and concludes the motion should be granted and appeal should be dismissed, in accordance with the opinion of the Court. We therefore dismiss the appeal. Costs of this appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF JULY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.